WILLIAM H. SMITH ET AL., APPELLEES, V. OTTO A. LUTTMAN ET AL., APPELLANTS.

268 N. W. 2d 431

Filed July 26, 1978. No. 41561.

Baker, Tessendorf, Milbourn & Fehringer, for appellants.

Noyes W. Rogers of Walter, Albert, Leininger & Grant, for appellees.

Heard before WHITE, C. J., BOSLAUGH, McCOWN, CLINTON, and BRODKEY, JJ., and FAHRNBRUCH, District Judge.

The judgment herein is affirmed by a divided court.

AFFIRMED.